IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNEVER LIVINGSTON,** | : | CIVIL ACTION NO. 1:15-CV-150 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 2nd day of December, 2016, upon consideration of petitioner's motion (Doc. 23) to "remove proceedings back to the original jurisdiction," wherein he requests that the court transfer the action back to the United States District Court for the Eastern District of Virginia "with a finding that the Eastern District of Virginia cannot invoke the jurisdiction of the Middle District of Pennsylvania," (id. at 2), and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that the motion (Doc. 23) is deemed WITHDRAWN.  See L.R. 7.5.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania